IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-191-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAY TRAVIS LAM | ) | |

This matter is before the court on Defendant Jay Travis Lam's Motion to Extend the Time to Report to the Bureau of Prisons to Serve His Active Sentence [DE-24]. For good cause shown, and without objection from the government, the motion is ALLOWED. The defendant's time to report to the bureau of prisons to serve his active sentence, presently scheduled to occur no later than Tuesday, June 23, 2015, at 12:00 PM, is hereby EXTENDED to no later than Tuesday, June 30, 2015, at 12:00 PM.

SO ORDERED.

This, the _19_ day of June, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge